No. 97–6662. TURNMIRE v. BERNHARDT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–6665. HAMILTON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–6670. GARDNER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–6671. GLENDORA v. TELE-COMMUNICATIONS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–6673. GLENDORA v. MARSHALL ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–6678. HARRIS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–6681. HERTZ v. STORER ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 97–6682. DENNEY v. JONES. Ct. App. Kan. Certiorari denied.

No. 97–6693. TAYLOR v. LEAVY ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–6694. ORBAN v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6696. SIMMONS v. GTE NORTH, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–6697. SCOTT v. BRUNDAGE. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–6700. CORRAL v. HAIR ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6701. VICENTE-GUZMAN v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 97–6711. CASTANEDA v. TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.